### ADAM HENCHMAN *vs.* JOSEPH ROBERTS and ELIZABETH ROBERTS.

Judgment against husband and wife set aside, because confesssed on a warrant of attorney given by the wife after marriage.

RULE to show cause why a judgment entered against husband and wife, should not be set aside because the warrant of attorney was given by the wife after marriage.

*The Court* said that the judgment against the wife was void, being confessed on a void authority, as a married woman cannot execute a letter of attorney; and the judgment being a joint one, must be set aside as against both.

Rule absolute.

*Wales,* for plaintiff.
*Booth,* for defendant.